AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of      MASSACHUSETTS

ELIZABETH RUIZ, individually and as mother
and natural guardian of ERIN ARTIS, a minor

**SUMMONS IN A CIVIL ACTION**

V.

THE UNITED STATES OF AMERICA

CASE NUMBER:

**04-12119 PBS**

TO: (Name and address of Defendant)

    THE UNTIED STATES OF AMERICA
    C/O John D. Ashcroft, Attorney General of the United States
    Department of Justice
    950 Pennsylvania Avenue, N.W.
    Room 4545
    Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Barry D. Lang, Esq.
    Barry D. Lang, M.D. & Associates
    One State Street
    Suite 1050
    Boston, MA 02109

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS            10-6-04

CLERK                                         DATE

(By) DEPUTY CLERK

## Receipt 1 (top-right)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   John D. Ashcroft
   US Atty Gen
   950 Penn Ave, NW
   Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): OCT 19 2004

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7002 2030 0002 2305 0778

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

## Receipt 2 (top-left)

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

   Richard La Spina, MD
   413 Broadway
   Methuen MA 01844

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7002 2030 0002 2305 0853

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

## Receipt 3 (bottom-right)

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

   Michael Sullivan, Esq
   US Atty - Mass
   John J. Moakley Courthouse
   1 Courthouse Way
   Suite 9200
   Boston, MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 10/(?)

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7002 2030 0002 2305 0761

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-15

## Receipt 4 (bottom-left)

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

   Charles Mills, MD
   409 West Broadway
   So. Boston, MA 02127

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 10-14

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7002 2030 0002 2305 0839

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-154

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Virginia Fitzgerald, MD
    409 W. Broadway
    So. Boston MA 02127

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]  ☐ Agent  ☒ Addressee
B. Received by (Printed Name)   C. Date of Delivery  10-14
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 2030 0002 2305 0822

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Neil Beneck, MD
    409 West Broadway
    So. Boston MA 02127

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery  10-14
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 2030 0002 2305 0846

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540