UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH RUIZ,<br>as mother and natural guardian of ERIN ARTIS,<br>and ELIZABETH RUIZ, Individually,<br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 04-12119-PBS<br>)<br>)<br>) |

## PROOF OF SERVICE PURSUANT TO FED.R.CIV.P. RULE 4(i)(2)(A)

NOW COMES THE PLAINTIFF and offers the attached "Returned Receipt" signed by Kathryn Quinn, M.D., one of the individual federally funded doctors.

This "return receipt" was inadvertently left out of the filing of the Summons, which was completed on October 25, 2004.

Respectfully submitted,
The Plaintiff,
By her attorneys,

_____
Barry D. Lang, Esq., BBO #565438
Zachary B. Lang, Esq., BBO # 652055
Barry D. Lang, M.D., & Associates
One State Street, Suite 1050
Boston, MA 02109
617-720-0176

Dated: October 29, 2004

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kathryn Burin, MD
10 Church St
White Plains, NY 10603

Arbis

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]    ☐ Agent
                 ☑ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  10/27/04

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☑ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7002 2030 0002 2305 0860

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540