UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Elizabeth Ruiz
        Plaintiff(s),        CIVIL ACTION
                              NO. 04-12119-PBS
    v.

United Satates of America
        Defendant(s).

### NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                                 March 4, 2005

      The Scheduling Conference previously scheduled for March 9, 2005, has been **rescheduled** to **March 29, 2005, at 3:00 p.m .**

                                                     By the Court,

                                                     _./s/ Robert C. Alba_
                                                   Deputy Clerk

Copies to: All Counsel

resched.ntc