UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH RUIZ, <br> as mother and natural guardian of ERIN ARTIS, <br> and ELIZABETH RUIZ, Individually, <br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO.: 04-12119-PBS <br> ) <br> ) <br> ) |

**PLAINTIFF'S ASSENTED MOTION TO CONTINUE SCHEDULING CONFERENCE**

NOW COMES THE PLAINTIFF, and respectfully request that the court continue the Scheduling Conference, currently scheduled for March 29, 2005. As reason therefor, Plaintiff's counsel states as follows:

The Scheduling Conference in this matter was originally scheduled for March 9, 2005.

On March 4, 2005, the Court continued the Scheduling Conference to March 29, 2005.

The date of March 29, 2005 is not available for plaintiff's counsel. Barry D. Lang is committed to an out of state deposition in another matter, taking place in Jacksonville Florida on that date.

The parties have conferred and agree that they are both available for the Scheduling Conference in this case on March 28, 2005, at 3:00 p.m. If that date is not convenient for the Court, the parties are available on March 30, 2005, at 3:00 p.m.

If either of the above dates are not convenient for the Court, the parties will accept the next available date at the Court's discretion.

Respectfully submitted,
The plaintiff,
by her Attorney,

_____
**Barry D. Lang, Esq.**
BBO # 565438
Barry D. Lang, M.D. & Associates
1 State Street, Suite 1050
Boston, MA 02109
617-720-0176

Assented,
The defendant,
by its Attorney,

_____
**Michael J. Sullivan, Esq.**
**Attorney Gina Wolcott-Torres**
United States Attorneys Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3369