UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Elizabeth Ruiz
Plaintiff,

      V.                              Civil Action Number
                                      04-12119-PBS

United States
Defendant.                                  March 30, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 9/30/05

Plaintiff's expert designation deadline: 10/31/05

Defendant's expert designation deadline: 11/30/05

Expert discovery deadline: 1/16/06

Final Pretrial Conference: 2/13/06 at 2:00 p.m.

Jury Trial: 2/27/06 at 9:00 a.m.

Case to be referred to Mediation program: December, 2005

                                                  By the Court,

                                                  /s/ Robert C. Alba
                                                  Deputy Clerk