UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ELIZABETH RUIZ, )
as mother and natural guardian of ERIN ARTIS, )
and ELIZABETH RUIZ, Individually, )
    Plaintiffs, )
     )
     )
v. )
     ) CIVIL ACTION NO.: 04-12119-PBS
THE UNITED STATES OF AMERICA )
    Defendant. )
     )

### PLAINTIFF'S MOTION FOR WAIVER OF ELECTRONIC FILING

NOW COMES THE PLAINTIFF and requests that the Court grant this motion for waiver of electronic filing for the purpose of filing Plaintff's Automatic Disclosures. As reasons therefore, Plaintiff states the following:

1. On May 12, 2005, Plaintiff mailed her automatic disclosures to the Court

2. On May 17, 2005, Plaintiff's counsel was informed via email that the disclosure was rejected as it was not electronically filed.

3. Plaintiff's cousnel is in the process of obtaining the software necessary to file electronically and expects to have it up and running sometime next week.

For these reasons, Plaintiff requests that the Court accept the paper copy of the disclosures at this time with the understanding that all future filings will be cmpleted electronically.

Respectfully submitted,
The plaintiff,
by her Attorney,

**Barry D. Lang, Esq.**, BBO # 565438
**Zachary B. Lang, Esq.**, BBO # 652055
Barry D. Lang, M.D. & Associates
1 State Street, Suite 1050
Boston, MA 0210
617-720-0176

Dated: May 18, 2005

## CERTIFICATE OF SERVICE

I, Zachary B. Lang, hereby acknowledge that on this $18^h$ day of May, 2005, I served true and accurate copies of the following document:

1. Plaintiff's Motion For Waiver of Electronic Filing

by regular mail, postage prepaid, to:

Attorney Gina Wolcott-Torres
Asst U.S. Attorney
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

_____
Zachary B. Lang, Esq.