UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH RUIZ, as mother and natural guardian of ERIN ARTIS, and ELIZABETH RUIZ, Individually, Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA Defendant. | ) ) ) ) ) ) ) ) CIVIL ACTION NO.: 04-12119-PBS ) ) ) |

## PLAINTIFF'S AUTOMATIC DISCLOSURES PURSUANT TO RULE 26 (a)(1)

Now comes the Plaintiff, and provides the following information, pursuant to Federal Rule of Civil Procedure 26 (a)(1)

**(A)   Known Witnesses**
Elizabeth Ruiz
Michael Artis
Virginia Fitzgerald, M.D.
Neil Beneck, M.D.
Richard LaSpina, M.D.
Kathryn Quinn, M.D.
Charles Mills, M.D.
Health care providers:
    South Boston Community Health Center, 409 West Broadway, South Boston, MA 02127
    Boston Medical Center, 1 Boston Medical Center Place, Boston, MA 02118

All subsequent health care providers since January, 2003.

**(B)   Known Documents**
Records of the above listed health care providers

**(C)   Computation of Damages**

Medical bills to date, itemized as follows:

    Boston Medical Center           $    42,255.36

Plaintiff reserves the right to supplement this information.

The Plaintiffs,
by their Attorney,

_____
Barry D. Lang, Esq.
BBO # 565438
Barry D. Lang, M.D. & Associates
1 State Street, Suite 1050
Boston, MA 02109
(617) 720-0176

Dated: 5/12/05

## CERTIFICATE OF SERVICE

I, Barry D. Lang, hereby acknowledge that on this 12th day of May, 2005, I served true and accurate copies of the following document:

1. Plaintiff's Automatic Disclosures

by regular mail, postage prepaid, to:

Attorney Gina Wolcott-Torres
Asst U.S. Attorney
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

_____
Barry D. Lang, Esq.