UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Elizabeth Ruiz
        Plaintiff,                  CIVIL ACTION
                                       NO.   04-12119-PBS

    v.

United States of America
        Defendant.

## NOTICE OF RESCHEDULED FINAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                            May 18, 2006

      The Final Pretrial Conference previously scheduled for May 31, 2006, has been **rescheduled** to **June 1, 2006, at 2:30 p.m.**

                                                            By the Court,

                                                            _/s/ Robert C. Alba_
                                                            Deputy Clerk

Copies to:  All Counsel

resched.ntc